UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

Cedrick Herman Manlety Stephens

     STIPULATION OF SETTLEMENT

    Petitioner,

          CV 09-4225

against -

DHS, et. al.

    Respondents.

- - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 23 2012 ★
BROOKLYN OFFICE

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties as follows:

  (1) The above-captioned complaint is hereby withdrawn and this case dismissed with prejudice. Each party is to bear its own fees and costs.

  (2) It is agreed that should petitioner again file a naturalization application, that the United States Citizenship and Immigration Services (USCIS) will move to expeditiously adjudicate that application and consider any fee waiver request filed by petitioner, and that petitioner will file a copy of the naturalization application and fee waiver request with the United States Attorney's Office.

Dated: New York, New York
      June, 2? 2012

_____
Cedrick Herman Manly Stephens
86-57 Avon Street
Jamaica, New York 11432

Dated: Brooklyn, New York
June 2012
July 15,
LORETTA LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____
    Scott Dunn
    Assistant U.S. Attorney

SO ORDERED:

S/Judge Brodie
_____
    7/23/2012